Bk 34503 Pg388 #98451
09-27-2016 @ 09:00a

## QUITCLAIM DEED

McNamara Associates, LLC, a Massachusetts limited liability company of Norwell, Plymouth County, Massachusetts for consideration of Six Hundred and Sixty Thousand ($660,000.00) Dollars, grant to Sparrell Funeral Service Inc., Norwell, Plymouth County, Massachusetts, with **quitclaim covenants,**

A certain parcel of land with the buildings thereon situated on the easterly side of South Main Street and on the southerly side of Summer Street in Cohasset, Norfolk County, Massachusetts, as shown on "Plan of Land in Cohasset, Mass., dated August 1935 by Lewis W. Perkins, Eng'r", and bounded Northerly by said Summer Street, as shown on said plan, one hundred seventy three and 21/100 (173.21) feet; Westerly by South Main Street, as shown on said plan, by two courses, the first by a slightly curved line and measuring forty two and 47/100 (42.47) feet, and one hundred and 31/100 (100.31) feet, respectively; Southerly by land now or formerly of one Tilden, as shown on said plan, one hundred eighty and 22/100 (180.22) feet; and Easterly by land now or formerly of said Tilden, one hundred thirty four and 78/100 (134.78) feet.

Containing 27,055 square feet of land, according to said plan and be any or all of said measurements more or less, and however otherwise said premises may be bounded, measured, and described.

The Grantor is not classified for the current taxable year as a corporation for federal income tax purposes.

For title, see deed recorded with Norfolk County Registry of Deeds in Book 13624, Page 552.

Address of subject premises: 1 Summer Street, Cohasset, MA

In witness whereof, McNamara Associates, LLC has caused Its authorized signatory to sign in Its name and behalf this 26 day of September, 2016.

McNamara Associates, LLC

By: _John B. McNamara_
John B. McNamara, Its Manager

### COMMONWEALTH OF MASSACHUSETTS

**PLYMOUTH, SS.**

On this 26th day of September, 2016, before me, the undersigned notary public, personally appeared John B. McNamara, Manager of McNamara Associates, LLC, a Massachusetts limited liability company, and proved to me through satisfactory evidence of identification, which was ✓ photographic identification with signature issued by a federal or



Page 1 of 2

MASSACHUSETTS STATE EXCISE TAX
Norfolk Registry of Deeds
Date: 09-27-2016 @ 09:00am
Ctl#: 177    Doc#: 98451
Fee: $3,009.60  Cons: $660,000.00

WILLIAM P. O'DONNELL, REC
NORFOLK COUNTY REGISTRY
RECEIVED & RECORDED ELEC

(Margin note: 1 Summer St. Cohasset)

state governmental agency, _____ oath or affirmation of a credible witness who is personally known to me and who has stated to me that he/she is unaffected by the document or transaction and that he/she knows the person(s) whose name(s) is/are signed on the preceding/attached document, _____ personal knowledge of the undersigned, to be the person(s) whose name is/are signed on the preceding/attached document and acknowledged to me that he signed it voluntarily for its stated purpose as the Manager of McNamara Associates, LLC

Notary Public -
My commission expires:

ANTHONY M. METAXAS
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
November 3, 2017

S:\KD Documents\McNamara, Robert\Deed to B McNamara (Cohasset) (9-16).docx