**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: Robert R. McNamara,<br>　　　　Debtor | Chapter 7<br>Case No. 17-11329 – MSH |
| The Bank of Canton<br>　　　　Plaintiff,<br>v.<br><br>Robert R. McNamara,<br>　　　　Defendant. | Adversary Proceeding No. 18-01022 |

## SUPPLMENT TO JOINT PRETRIAL MEMORANDUM

The Bank of Canton (the "Plaintiff" and or "Bank") and Defendant/Debtor, Robert R. McNamara (the "Debtor") hereby jointly amend and supplement Section D to their Joint Pretrial Memorandum to include testimony of the Debtor by means of deposition. This amendment is being made because, due to illness, the Debtor cannot attend or testify at trial.

**D.  Testimony presented by means of deposition transcript.**

　　(i)　　Pursuant to Fed. R. Civ. P. 32(a)(4)(C), Plaintiff expects to present testimony of the Debtor by means of deposition with certain copies of referenced Exhibits thereto. The pertinent portions of said transcript which the Plaintiff may introduce are attached hereto as Exhibits A and B.

(ii)    Pursuant to Fed. R. Civ. P. 32(a)(6), Debtor expects to present testimony of the Debtor by means of deposition. The pertinent portions of said transcript are attached hereto as Exhibits C and D.

Respectfully submitted by the Parties,

| The Plaintiff, | The Defendant, |
|---|---|
| The Bank of Canton, | Robert R. McNamara, |
| By its Attorneys, | By his Attorney, |
| /s/ Michael A. Wirtz | /s/ Joseph G. Butler |

| | |
|---|---|
| Jack J. Mikels, BBO# 345560 | Joseph G. Butler, BBO#544284 |
| Michael A. Wirtz, BBO# 636587 | Law Office of Joseph G. Butler |
| JACK MIKELS & ASSOCIATES, LLP | 355 Providence Highway |
| 1 Batterymarch Park, Suite 309 | Westwood, MA 02090 |
| Quincy, MA 02169-7454 | Tel: 781-636-3638 |
| Tel: 617-472-5600 | Email: JGB@JGButlerlaw.com |
| Email: Lawoffice@jackmikels.com | |

Dated:  February 12, 2020