**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: Robert R. McNamara, Debtor | Chapter 7<br>Case No. 17-11329 – MSH |
| The Bank of Canton<br>      Plaintiff,<br>v.<br>Robert R. McNamara,<br>      Defendant. | Adversary Proceeding No. 18-01022 |

## TRIAL EXHIBITS
## (AGREED TO)

| No. | Description |
|---|---|
| 1 | Note-1 – Promissory Note dated November 9, 2007 made by Debtor and Alice McNamara to the Bank in the principal amount of $746,250.00 |
| 2 | Mortgage - November 9, 2007, 31 Central St., Norwell, MA from Debtor and Alice McNamara to the Bank in the principal amount of $746,250.00 |
| 3 | Note-2 – Promissory Note dated February 1, 2008 made by Debtor and Alice McNamara to the Bank in the principal amount of $50,000.00 |
| 4. | Foreclosure Documents - 31 Central St, Norwell, MA recorded Book 45708, Page 180 - 242 |
| 5. | Verified Complaint – Norfolk Superior Court Action No. 1582CV01506 |
| 6. | Injunction as to Debtor and Sparrell - Norfolk Superior Court Action No. 1582CV01506 |
| 7. | Findings and Order on Application for Assessment of Damages and Default Judgment – Norfolk Superior Court Action No. 1582CV01506 |
| 8. | Notice of Satisfaction of Judgment - Norfolk Superior Court Action No. 1582CV01506 |
| 9. | Amended Complaint - Norfolk Superior Court Action No. 1682CV01049 |
| | |
| 10. | Settlement Agreement – August 31, 2011 by and between Debtor, John McNamara, Sparrell, McNamara Associates and McNamara Liquidating Company, Inc. (with attachments) |
| 11. | Lease – September 1, 2011 by and between McNamara Associates and Sparrell for Cohasset and Norwell Properties |
| 12. | Deed – September 27, 2016 - Cohasset Property – McNamara Associates to Sparrell |

| | |
|---|---|
| 13. | Deed – September 27, 2016 - Norwell Property – McNamara Associates to Sparrell |
| 14. | SBA Note $1.39Million September 23, 2016 – from Sparrell to Live Oak Banking Company |
| 15. | Mortgage and Security Agreement – Live Oak Banking Company - September 23, 2016 (Cohasset Property) |
| 16 | Mortgage and Security Agreement – Live Oak Banking Company - September 23, 2016 (Norwell Property) |
| 17. | HUD-1 Settlement Statement – September 23, 2016 |
| 18. | Pre-Needs Accounting (*Exhibit 2Q depo 3-8-19 – McNamara Response No. 23*) |
| 19. | Letter of Intent to Gift Business |
| 20. | Deed – November 7, 2016 – from Sparrell to BM Mack Cohasset Property |
| 21. | Deed – November 7, 2016 – from Sparrell to BM Mack Norwell Property |
| 22. | Real Estate Purchase and Sale Agreement – November 7, 2016 between Sparrell and BM Mack |
| 23. | Asset Purchase Agreement – November 7, 2016 between Sparrell and BM McNamara |
| 24. | Sparrell Note |
| 25. | Appraisal August 16, 2016 (Cohasset Property) |
| 26. | Appraisal August 16, 2016 (Norwell Property) |
| 27. | Licensure Documents – Massachusetts Board Embalming & Funeral Directing (*Exhibit AO to SJ filings*) |
| 28. | Eastern Bank Line of Credit Documents (*Exhibit AP to SJ filings*) |
| 29. | Eastern Bank – Statement November 1- 30, 2016 (*Exhibit AQ to SJ filings*) |
| 30. | Debtor's Ch. 7 Voluntary Petition and signature page (Case No. 17-11329 - Doc 1 and 3) |
| 31. | Debtor's Ch. 7 Schedules and Statement of Financial Affairs (Case No. 17-11329 - Doc 12) |
| 32. | Sparrell Ck. No. 26650 to Debtor $950 dated 12/22/2016 (*Exhibit Ar to SJ filings*) |
| 33. | Sparrell – General Ledger – As of December 31, 2011 |
| 34. | Sparrell – General Ledger – Jan – Jun 2012 |
| 35. | Sparrell – General Ledger – Jan – Jun 2013 |
| 36. | Sparrell – General Ledger – Jul – Dec 2013 |
| 37. | Sparrell – General Ledger – Jan – Jun 2013 |
| 38. | Sparrell – General Ledger – Jul - Dec 2014 |
| 39. | Sparrell – General Ledger – Jan – Jun 2015 |
| 40. | Sparrell – General Ledger – Jul - Dec 2015 |
| 41. | Sparrell – General Ledger –2016 |
| 42. | Sparrell – General Ledger – January 1 – June 1, 2017 (Debtor Response No. 2) |
| 43. | Eastern Bank – New Account Card (*Exhibit AS to SJ filings*) |
| 44. | Eastern Bank – cancelled check packet (*Exhibit AT to SJ filings*) |
| 45. | Eastern Bank – cancelled check packet (*Exhibit AU to SJ filings*) |
| | |
| 46. | Unconditional Guaranty, Robert R. McNamara, Live Oak Bank, September 23, |

|   |   |
|---|---|
|   | 2016 |
| 47. | Unconditional Guaranty, Brendan McNamara, Live Oak Bank, September 23, 2016 |
| 48. | Unconditional Guaranty, Melissa McNamara, Live Oak Bank, September 23, 2016 |
| 49 | Debtor's 2011 Income Tax Return |
| 50 | Debtor's 2012 Income Tax Return |
| 51 | Debtor's 2013 Income Tax Return |
| 52 | Debtor's 2014 Income Tax Return |
| 53 | Debtor's 2015 Income Tax Return |
| 54 | *Intentionally omitted* |
| 55 | Sparrell's 2012 Income Tax Return |
| 56 | Sparrell's 2013 Income Tax Return |
| 57 | Sparrell's 2014 Income Tax Return |
| 58 | Sparrell's 2015 Income Tax Return |
| 59 | Borrower's Information Form |
| 60 | Action of the Sole Shareholder and Director of Sparrell Funeral Service, Inc. Taken by Unanimous Written Consent in Lieu of A Meeting |
| 61 | Agreement of No Change |
| 62 | Assignment of Architect's Contracts |
| 63 | Assignment of Construction Contracts |
| 64 | Assurance of Compliance for Nondiscrimination |
| 65 | Borrower's Authorization to Release Information & Authorization to File Financing Statements |
| 66 | Borrower's Billing Address Certification |
| 67 | Borrower's Certification |
| 68 | Certification Pursuant to Immigration and Nationality Act as Amended by the Immigration Reform and Control Act of 1986 (Pub. L. 99-603) |
| 69 | Live Oak Bank Commitment Letter dated 7/14/2016 |
| 70 | Construction Loan Agreement |
| 71 | Cooperation Agreement |
| 72 | Fee Disclosure Form and Compensation Agreement |
| 73 | Borrower Information Form |
| 74 | Indemnity Agreement Regarding Hazardous Materials |
| 75 | Sparrell Funeral Services, Inc. Profit and Loss dated January-May, 2016 |
| 76 | Personal Financial Statement 7(a) / 504 Loans and Surety Bonds |
| 77 | Management Resume |
| 78 | Request for Transcript of Tax Returns Form 4506-T |
| 79 | Business Debt Schedule – Sparrell Funeral Services, Inc. dated 5/31/2016 |
| 80 | Authorization for Preauthorized Payments |
| 81 | Sparrell Funeral Services, Inc. Profit and Loss dated January-March, 2016 |
| 82 | Sparrell Funeral Services, Inc. Balance Sheet as of March 31, 2016 |
| 83 | Certification of Tax Return / Financial Statement |
| 84 | Statement of Purpose for Business Loan |
|   |   |

Respectfully submitted by the Parties,

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| The Bank of Canton, | Robert R. McNamara, |
| By its Attorneys, | By his Attorney, |
| /s/ Michael A. Wirtz | /s/ Joseph G. Butler |
| _____ | _____ |
| Jack J. Mikels, BBO# 345560 | Joseph G. Butler, BBO#544284 |
| Michael A. Wirtz, BBO# 636587 | Law Office of Joseph G. Butler |
| JACK MIKELS & ASSOCIATES, LLP | 355 Providence Highway |
| 1 Batterymarch Park, Suite 309 | Westwood, MA 02090 |
| Quincy, MA  02169-7454 | Tel: 781-636-3638 |
| Tel:  617-472-5600 | Email: JGB@JGButlerlaw.com |
| Email: Lawoffice@jackmikels.com | |

Dated:  February 17, 2020